```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JULISA ECHEVARRIA,                                          :
                                                            :
                        Plaintiff,                          :
                                                            :
            -v-                                             :
                                                            :
BEAU DIETL & ASSOCIATES, INC., BEAU                         :
SECURITY & INVESTIGATIONS, INC., and                        :
RICHARD 'BO' DIETL, individually,                           :
                                                            :
                        Defendants.                         :
                                                            X
------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 9, 2015
```

15-cv-7928 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for a **telephonic** initial pretrial conference ("IPTC") on **Friday, January 29, 2016, at 11 a.m.** The parties shall call Chambers (212-805-0276) from one line at that time. All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:    New York, New York
         December 9, 2015

                                                              KATHERINE B. FORREST
                                                              United States District Judge