UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 3, 2016
```

------------------------------------------------------------------X

JULISA ECHEVARRIA,                              :
                                                :
                            Plaintiff,          :
                                                :
              -v-                               :        15-cv-7928 (KBF)
                                                :
BEAU DIETL & ASSOCIATES, INC., BEAU             :        ORDER
SECURITY & INVESTIGATIONS, INC., and            :
RICHARD 'BO' DIETL, individually,               :
                                                :
                            Defendants.         :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On Monday, May 2, 2016, defendant informed the Court that the parties have reached a settlement in principle.  Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Thursday, June 2, 2016**.

Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:      New York, New York
            May 3, 2016

_____
            KATHERINE B. FORREST
            United States District Judge