UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULISA ECHEVARRIA,<br><br>               Plaintiff,<br><br>    v.<br><br>BEAU DIETL & ASSOCIATES, INC., BEAU SECURITY & INVESTIGATIONS INC., and RICHARD 'BO' DIETL.<br><br>               Defendants. | Civil Action No. 15-cv-7928-KBF<br><br>**Stipulation of**<br>**Dismissal with Prejudice** |

Plaintiff Julisa Echevarria, by her attorneys Levine & Blit, PLLC, and Defendants Beau Security & Investigations, Inc., d/b/a Beau Dietl & Associates, and Richard "Bo" Dietl, by their attorneys, Drinker Biddle & Reath LLP, hereby stipulate and agree that this Action is dismissed with prejudice, each party to bear her, his or its own attorneys' fees and costs.

Dated: New York, New York
       June 3, 2016

| LEVINE & BLIT, PLLC | DRINKER BIDDLE & REATH LLP |
|---|---|
| By: _____<br>       Russell S. Moriarty | By: _____<br>       Gerald T. Hathaway |
| Empire State Building, 40th Floor<br>350 Fifth Avenue<br>New York, NY 10118<br>(212) 967-3000 | 1177 Avenue of the Americas, 41st Floor<br>New York, NY 10022<br>(212) 248-3252 |
| Attorneys for Plaintiff | Attorneys for Defendants |

So Ordered:

_____

85174570.1