UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2016
```

JULISA ECHEVARRIA,

   Plaintiff,

v.

BEAU DIETL & ASSOCIATES, INC., BEAU SECURITY & INVESTIGATIONS INC., and RICHARD 'BO' DIETL,

   Defendants.

Civil Action No. 15-cv-7928-KBF

**Stipulation of**
**Dismissal with Prejudice**

Plaintiff Julisa Echevarria, by her attorneys Levine & Blit, PLLC, and Defendants Beau Security & Investigations, Inc., d/b/a Beau Dietl & Associates, and Richard "Bo" Dietl, by their attorneys, Drinker Biddle & Reath LLP, hereby stipulate and agree that this Action is dismissed with prejudice, each party to bear her, his or its own attorneys' fees and costs.

Dated: New York, New York
   June 3, 2016

LEVINE & BLIT, PLLC

By: _____
  Russell S. Moriarty

Empire State Building, 40th Floor
350 Fifth Avenue
New York, NY 10118
(212) 967-3000

Attorneys for Plaintiff

DRINKER BIDDLE & REATH LLP

By: _____
  Gerald T. Hathaway

1177 Avenue of the Americas, 41st Floor
New York, NY 10022
(212) 248-3252

Attorneys for Defendants

So Ordered:

_____ 6/8/16
USDJ

85174570.1